**Exhibit A**

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "BIG WET BRAZILIAN ASSES 7," Copyright Reg. No. PA0001745329

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 173.166.125.181 | 2012-01-15 22:53:39 -0500 | Comcast Business Communications | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 2 | 173.48.227.213 | 2012-01-25 14:52:17 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 3 | 173.76.156.64 | 2012-01-19 20:38:33 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 4 | 173.76.9.116 | 2012-01-22 20:59:14 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 5 | 174.63.24.210 | 2012-02-15 05:05:34 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 6 | 174.63.82.216 | 2011-12-30 14:47:17 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 7 | 24.128.201.248 | 2012-01-22 21:10:12 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 8 | 24.128.77.223 | 2012-02-13 21:09:40 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 9 | 24.218.222.124 | 2012-02-03 02:42:21 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 10 | 24.34.118.90 | 2011-12-23 15:44:02 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 11 | 24.91.35.216 | 2011-12-28 15:19:26 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 12 | 50.133.248.184 | 2012-02-09 23:14:04 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 13 | 65.96.156.66 | 2012-01-11 15:07:54 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 14 | 71.192.147.222 | 2012-01-27 02:47:35 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 15 | 71.192.16.163 | 2012-01-04 15:50:13 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 16 | 71.232.158.125 | 2012-01-24 22:34:45 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 17 | 71.232.34.63 | 2012-01-22 02:22:13 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 18 | 71.232.56.11 | 2012-02-07 23:14:59 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 19 | 71.233.63.207 | 2012-02-05 03:14:56 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 20 | 71.234.134.69 | 2012-01-08 13:00:46 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 21 | 75.67.197.130 | 2012-01-15 17:24:13 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 22 | 76.118.231.31 | 2012-01-03 16:19:51 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 23 | 76.119.0.227 | 2011-12-31 00:59:45 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 24 | 76.119.71.169 | 2012-01-29 20:49:20 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 25 | 76.127.129.50 | 2012-01-11 11:27:44 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 26 | 76.23.245.204 | 2012-01-21 08:18:15 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 27 | 76.24.109.205 | 2012-02-04 03:14:16 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |

| Doe 28 | 76.28.40.103   | 2012-01-18 19:06:38 -0500 | Comcast Cable             | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 29 | 76.28.43.10    | 2012-01-27 02:21:34 -0500 | Comcast Cable             | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 30 | 96.237.117.221 | 2012-01-31 05:09:29 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 31 | 96.240.199.69  | 2012-01-04 06:12:49 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 32 | 96.252.115.35  | 2012-02-03 22:52:48 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 33 | 98.217.178.247 | 2012-02-14 01:38:26 -0500 | Comcast Cable             | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 34 | 98.217.240.182 | 2012-01-23 19:21:11 -0500 | Comcast Cable             | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 35 | 98.217.55.44   | 2012-01-10 21:12:08 -0500 | Comcast Cable             | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 36 | 98.217.57.179  | 2012-01-18 07:08:56 -0500 | Comcast Cable             | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 37 | 98.229.178.197 | 2012-02-03 05:14:59 -0500 | Comcast Cable             | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 38 | 98.229.53.120  | 2012-02-12 22:22:32 -0500 | Comcast Cable             | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |