UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK COLLINS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DOES 1 - 38, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 12-10756-NMG |

**REPORT AND RECOMMENDATION**
**ON MOTIONS TO QUASH AND TO SEVER**

February 19, 2013

DEIN, U.S.M.J.

### I. INTRODUCTION

The plaintiff, Patrick Collins, Inc. ("Patrick Collins"), is the registered owner of the copyright to the adult motion picture "Big Wet Brazilian Asses 7." It has brought this action against 38 unidentified "Doe" defendants, claiming that each of them, acting without the permission or consent of the plaintiff, reproduced and distributed to the public at least a substantial portion of the copyrighted work using computer software known as "BitTorrent" file sharing technology. By its complaint in this action, Patrick Collins has asserted claims against the defendants for copyright infringement and contributory copyright infringement pursuant to the Federal Copyright Act, 17 U.S.C. §§ 101, et seq. The plaintiff is seeking both money damages and injunctive relief.

*Report and Recommendation accepted and adopted. s/NMGorton, USDJ 3/18/13*